O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR11-404-CAS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF |
| ZEFERINO ROSALES LEON, | ) | SUPERVISED RELEASE AND JUDGMENT |
| Defendant. | ) | |
| _____ | ) | |

On March 24, 2014 and April 14, 2014, this matter came before the Court on Petitions on Probation and Supervised Release originally filed on November 6, 2012 and March 18, 2014. Government counsel, Vanessa Baehr-Jones, the defendant and his appointed DFPD attorney, Samuel Josephs, were present. The U.S. Probation Officer, Paul Parsons, was also present.

The defendant admitted the amended allegation 1, in violation of his supervised release as stated in the petition filed March 18, 2014. The Court granted the Government's request to dismiss allegation 2, as stated in the petition filed November 6, 2012.

THE COURT FOUND the admission voluntary and knowledgeable and accepts them.

THE COURT FURTHER FINDS that the defendant is in violation of the terms and conditions of his release as set forth in the Judgment and Probation/Commitment Order of August 8, 2011. The Court ORDERS defendant's supervised release is revoked.

///

1     IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant is hereby committed to the custody of the Bureau of Prisons for a term of two (2) months. Upon release from imprisonment, defendant shall be placed on supervised release for a period of thirty (30) months, under the same terms and conditions previously imposed.

FILE/DATED:     April 14, 2014

*/s/ Christina A. Snyder*

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK


By: ___/S/_____
     Catherine M. Jeang, Deputy Clerk